AO 450 (Rev. 5/85) Judgment in a Civil Case

# United States District Court

_____ DISTRICT OF _____ **NEW JERSEY** _____

KLAVDYA BEZGLASNAYA

      plaintiff(s)

JUDGMENT IN A CIVIL CASE

v.

TRUMP TAJ MAHAL ASSOCIATES, LLC
*d/b/a* TRUMP TAJ MAHAL CASINO RESORT

      defendant(s)

**CASE NUMBER:** 11-cv-564 (JS)

**X**    **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury rendered its verdict on May 9, 2013.

☐    **Decision by Court.** This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

    IT IS ORDERED AND ADJUDGED that a JUDGMENT be entered in favor of the plaintiff, KLAVDYA BEZGLASNAYA, and against defendant, TRUMP TAJ MAHAL ASSOCIATES, LLC *d/b/a* TRUMP TAJ MAHAL CASINO RESORT, in the amount of $486,524.21 with costs.

May 14, 2013

                                              Honorable Joel Schneider
                                              United States Magistrate Judge